**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>**MADELINE COX ARLEO**<br>UNITED STATES MAGISTRATE JUDGE | MARTIN LUTHER KING COURTHOUSE<br>50 WALNUT ST.<br>ROOM 2060<br>NEWARK, NJ 07101<br>973-297-4903 |

July 13, 2007

| | |
|---|---|
| Jonathan Morris Hyman, Esq.<br>Rutgers Constitutional Litigation Clinic<br>123 Washington Street | Robert E. Murray, Esq.<br>54B West Front Street<br>Keyport, NJ 07735 |
| Ronald A. Berutti, Esq.<br>Weiner Lesniak, LLP<br>693 Parsippany Road, Box 438<br>Parsippany, NJ 07054 | DAG Don E. Atinello<br>Attorney General's Office<br>R.J. Hughes Justice Complex-CN 114<br>Trenton, NJ 08625 |

Corrine M. Mullen, Esq.
5 Marine View Plaza, Suite 300
Hoboken, NJ 07030-5618

## LETTER ORDER

    Re:    The N.A.A.C.P. v. Twp. of North Bergen, et al.
            Civil Action No. 95-248 (JAG)

Dear Counsel:

    Before me is defendant's motion to seal materials pursuant to Local Rule 5.3(c).  Oral argument is scheduled for **August 21, 2007 at 2:00 p.m.**  Movant is directed to provide a copy of her moving papers to the Deputy Attorney General responsible for representing the Department of Personnel.  The Deputy Attorney General is invited to participate in the oral argument and movant is directed to provide her with a copy of his order.  Any responsive papers on behalf of the Department of Personnel shall be filed no later than **August 6, 2007**.

    **SO ORDERED.**

                                    s/Madeline Cox Arleo
                                    **MADELINE COX ARLEO**
                                    **United States Magistrate Judge**

cc:    Clerk
       Hon. Joseph A. Greenaway, U.S.D.J.
       All Parties
       File